**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARIA A. RIVERA, | Case No. 18-cv-04033-BLF |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE WITHOUT PREJUDICE** |
| FIRST STUDENT, | |
| Defendant. | [Re: ECF 12] |

The Court has reviewed the Report and Recommendation of Magistrate Judge Nathanael M. Cousins ("Report") to dismiss this action without prejudice because Plaintiff Maria A. Rivera's ("Plaintiff") second amended complaint (a) fails to plead necessary elements of her claims; (b) is barred by the applicable statutes of limitation; and (c) does not plead exhaustion of administrative remedies. *See* ECF 12. No objections to the Report and Recommendation have been filed and the deadline to object has lapsed.

The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect. Plaintiff brings claims for retaliation and wrongful termination but has failed to plead that she is a member of a protected class or was engaging in protected activity at the time of her termination. She also fails to plead facts demonstrating that the relevant statutes of limitations have not run and that she properly exhausted her claims.

Judge Cousins previously granted Plaintiff leave to amend based on these same deficiencies. *See* ECF 6, 10. Because Plaintiff failed to cure these deficiencies in her second amended complaint, the Court finds that further amendment would be futile. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 3, 2018

BETH LABSON FREEMAN
United States District Judge